UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ALFRED MARION WALKER,

                                        Plaintiff,

         -v-                                    3:17-CV-390
                                                (DNH/DEP)


VILLAGE COURT; THE STATE OF NEW
YORK; VILLAGE OF ENDICOTT; ENDICOTT
POLICE DEPARTMENT; OFFICER DUNHAM,
Badge # 470; OFFICER J WANKA, Badge #
478; CAPTAIN COLLINS; JUDGE ALFONSO
ORTEGA; DAVID STOKES; KAREN MICALIZZI
TAUTERO; C.O. ZACHARY MOOR; SGT
BIXBY, C.O.; C.O. RICK BORCHARDT; C.O.
DENNIS ROWD; C.O. SEAN BELL; BROOME
COUNTY JAIL; and BROOME COUNTY,

                                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

ALFRED MARION WALKER
Plaintiff pro se
c/o 60 Saratoga Avenue
Apartment 114
Binghamton, NY 13901


DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Alfred Marion Walker brought this action against various state and

local agencies and employees.  On August 4, 2017, the Honorable David E. Peebles, United

States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be

dismissed for failing to pay either a statutory filing fee or submit a properly supported

application for leave to proceed in forma pauperis, despite multiple opportunities to do so and advisement of same. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. <u>See</u> 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. This action is DISMISSED without prejudice; and

2. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: September 20, 2017
Utica, New York.